984

No. 78–539. MIZE ET AL. v. DARROW ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–541. DELTA REFRIGERATION CO. v. UPJOHN CO. C. A. 5th Cir. Certiorari denied.

No. 78–545. MOORE v. SUPREME COURT OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–552. BUILTA v. GENERAL ELECTRIC CREDIT CORP. C. A. 5th Cir. Certiorari denied.

No. 78–554. NATURAL GAS PIPELINE COMPANY OF AMERICA v. ZIMMER, TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 78–555. WARREN v. KUIPER, STATE ENGINEER, COLORADO GROUND WATER COMMISSION, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 78–556. BLOCH ET AL. v. BLOCH. C. A. 3d Cir. Certiorari denied.

No. 78–564. WATKINS ET UX. v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 78–565. LOCAL UNION No. 513, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO v. VANDEVENTER. C. A. 8th Cir. Certiorari denied.

No. 78–566. POWELL v. SYRACUSE UNIVERSITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–568. ARRIAZA ET AL. v. CROCKER NATIONAL BANK. C. A. 9th Cir. Certiorari denied.